AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Michael Price, Deborah Lemar, Vincent Catanzaro, David Dick, and Brian Murphy and  those similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| DAR TSON "DAVID" SHEN (see Additional Defendants listed on Attachment A) | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.   5:20-cv-06216

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Lin Y. Chan
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:20-cv-06216

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                         _____
                                                         *Printed name and title*


                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:



Print    Save As...    Reset

## ATTACHMENT A

**To:  (Defendant's name and address)**

| | |
|---|---|
| Dar Tson Shen | 125 East 14th Street, #2204<br>North Vancouver, BC V7L 0E6<br>Canada |
| Celestron Acquisition, LLC | c/o Agent for Service of Process:<br>Paracorp Incorporated<br>2804 Gateway Oaks Dr. #100<br>Sacramento, CA  95833 |
| Nantong Schmidt Opto-Electrical Technology<br>    Co. Ltd. | No. 399 West Zhongshan Rd.<br>Rugao City<br>Jiangsu, China 226500 |
| Ningbo Sunny Electronic Co. Ltd. | No. 199 An Shan Lu, Yuyao<br>Ningbo, Zhejiang 315400<br>China |
| Olivon Manufacturing Co. Ltd. | 11880 Hammersmith Way, Suite 175<br>Richmond, BC V7A 5C8<br>Canada |
| Olivon USA, LLC | c/o Jean Shen<br>5525 Coley Ave.<br>Las Vegas, NV 89146 |
| Pacific Telescope Corp. | 11880 Hammersmith Way<br>Richmond, British Columbia V7A 5C8<br>Canada |
| Sky-Watcher Canada | 11880 Hammersmith Way<br>Richmond, British Columbia V7A 5C8<br>Canada |
| Sky-Watcher USA | 475 Alaska Avenue<br>Torrance, CA 90503 |
| Suzhou Synta Optical Technology Co., Ltd. | No. 65, Yushan Road, New District<br>Suzhou<br>215011 Jiangsu<br>China |

2010568.2

| SW Technology Corporation | 2835 Columbia Street<br>Torrance, CA 90503 |
|---|---|
| Synta Canada International Enterprises Ltd. | 4035 Williams Rd.<br>Richmond, BC VJE 1J7 |
| Synta Technology Corporation of Taiwan | No. 89 Lane 4 Chia-An W. Road<br>Lung-Tan Taoyuan<br>Taiwan R.O.C. |